**John LAZIA, Appellant, v. UNITED STATES of America.**

No. 10019.

Circuit Court of Appeals, Eighth Circuit.

Sept. 17, 1934.

Frank P. Walsh and Jerome Walsh, of Kansas City, Mo., and Paul Dillon, of St. Louis, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., and William L. Vandeventer, of Springfield, Mo.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, on stipulation of counsel suggesting death of appellant.

**In the Matter of Harry H. LEVEY, Bankrupt. Manufacturers' Trust Company, Appellant, Irving Trust Company, Trustee, Appellee.**

No. 141.

Circuit Court of Appeals, Second Circuit.

Dec. 3, 1934.

Newman & Bisco, of New York City (Leonard G. Bisco and Milton E. Lynn, both of New York City, of counsel), for appellant.

Krause, Hirsch & Levin, of New York City (George C. Levin and Morris M. Marcus, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order (9 F. Supp. 173) affirmed.

**Lillie G. LEWIN, Individually and as Trustee for Marjorie Alice Fox et al., Appellants, v. Siegfried MICHAELIS et al., Appellees.**

No. 7345.

Circuit Court of Appeals, Ninth Circuit.

Dec. 3, 1934.

Philip S. Ehrlich, of San Francisco, Cal., for appellants.

Sterling Carr, Edgar C. Levey, and Leon Samuels, all of San Francisco, Cal., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered cause remanded to District Court for such further proceedings as parties may desire; mandate forthwith.